UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED

2010 MAR 15 PM 1: 11

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-50561 |
| | ) | |
| COY, MATTHEW & KRYSTINA | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1.    Ninety days have passed since final distribution was made in this case.  A stop payment has been issued on all checks remaining unpaid.  The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #13 | Midwest Verizon Wireless<br>404 Brock Dr.<br>Bloomington, IL 61701 | $686.58 | $43.40 |

ck # 115
receipt # 81341

2.    My Trustee's check for $43.40  payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3.    Nothing further remains to be done in this case.

Date:   March 11, 2010

_____
ROBERT S. THOMAS, II
Trustee in Bankruptcy